UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DWAYNE CROSS #511714** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3463** |
| **STATE OF LOUISIANA** | **SECTION "B" (6)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore, IT IS ORDERED that the petition of Dwayne Cross for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, be, and the same is hereby **DENIED AS MOOT.**

New Orleans, Louisiana, this 2nd day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE